**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **DANIELLE PAYNE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case number 4:18cv01776 PLC |
| ) | |
| **SUNSET AUTO COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' stipulation for dismissal [ECF No. 30]. The parties stipulate to the dismissal of all claims against Defendant with prejudice, with each party bearing its own costs and attorneys' fees.

After careful consideration,

**IT IS HEREBY ORDERED** that the parties' stipulation for dismissal [ECF No. 30] is **GRANTED**.

**IT IS FINALLY ORDERED** that all claims against Defendant are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

*/s/ Patricia L. Cohen*
_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of February, 2019.